IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| WILSON LAWSON, JR. | § | |
| VS. | § | CIVIL ACTION NO. 1:25-cv-174 |
| DIRECTOR, TDCJ-CID | § | |

### MEMORANDUM ORDER REGARDING TRANSFER

Petitioner Wilson Lawson, Jr., an inmate confined at the Bell Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

### Discussion

On February 8, 1993, in the 284th District Court for Montgomery County, Texas, Petitioner was convicted of sexual assault and sentenced to a term of fifteen years' confinement. Petitioner was subsequently released on parole.

Petitioner states his parole was revoked on December 16, 2018 at the Harris County Jail. Petitioner brings this Petition for Writ of Habeas Corpus challenging the revocation of his parole. Petitioner asserts that the state "illegally added punishment."

Pursuant to 28 U.S.C. § 2241(d), a petitioner may bring his Petition for Writ of Habeas Corpus in the district court for the district wherein such person is in custody or in the district court for the district within which he was convicted. Section 2241(d) further provides that the district court in the exercise of its discretion may transfer the action to the other district in the furtherance of justice.

Petitioner was originally convicted in Montgomery County, Texas. Further, Petitioner is currently challenging the revocation of his parole at the Harris County Jail. Pursuant to 28 U.S.C. § 124, both Harris County and Montgomery County are located within the jurisdictional boundaries of the Houston Division of the United States District Court for the Southern District of Texas.

Under 28 U.S.C. § 1404(a), for the convenience of parties and witnesses and in the interest of justice, a district court may transfer any civil action to any other district or division where it could have been brought. Such a transfer may be done *sua sponte* and is reviewable only for an abuse of discretion. *Mills v. Beech Aircraft Corp.*, 886 F.2d 758, 761 (5th Cir. 1989).

With both Harris and Montgomery being counties being located in the Houston Division of the Southern District of Texas and all records and witnesses involving this action may be located in such district, the transfer of this action to such division would further justice. Therefore, it is the opinion of the undersigned that this Petition should be transferred to the United States District Court for the Southern District of Texas, Houston Division. An Order of Transfer so providing shall be entered in accordance with this Memorandum Order.

**SIGNED this the 16th day of April, 2025.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE